UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

RANDALL NITSCHKE,

        Plaintiff,

-vs-                                  Case No: 11-CV-514-WMC

KENNETH BLACK,

        Defendant.

---

### ORDER OF DISMISSAL

---

Based upon the representations of the parties by their counsel and the stipulation attached hereto, it is hereby ordered that the above-captioned case is dismissed, with prejudice, as set forth in the attached stipulation.

So ordered.

Dated this 3rd day of October, 2012.

                                  BY THE COURT:

                                  _____
                                  William M. Conley
                                  United States District Court Judge